JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ADOLFO VILLEGAS,                )   NO. CV 23-4154-VBF(E)
                               )
                Petitioner,    )
                               )
       v.                      )   JUDGMENT
                               )
JEFF LYNCH, Warden,            )
                               )
                               )
                Respondent.    )
                               )
_____)

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

        DATED: January 22, 2024.

        _____
        VALERIE BAKER FAIRBANK
        UNITED STATES DISTRICT JUDGE